# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Indemnity Insurance Company of North America and ACE American Insurance Company | ) ) ) |
| Plaintiff | |
| vs. | )   Case Number: 13-1440 ) |
| Silver Creek Pig, Inc., Joe Clark, Megan Clark, Bob Norris, Tom Gall | ) ) |
| Defendant | |

## JUDGMENT   IN A CIVIL CASE

☒ **DECISION BY THE COURT**.   This action came to hearing before the Court.   The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiffs.

**Dated: 2/13/2015**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court